UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>    Defendant. | Case No. 24-cv-03704 EJD (PR)<br><br>**ORDER OF TRANSER** |

   Plaintiff, a state prisoner, filed a pro se civil rights complaint against Corcoran State Prison (CSP) visiting staff, where he was formerly housed. Dkt. No. 1. CSP is located in Kings County. Because the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

   The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

   **IT IS SO ORDERED.**

**Dated:** July 2, 2024

EDWARD J. DAVILA
United States District Judge