UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.<br><br>    Plaintiff,<br><br> v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>    Defendant. | 1:24-cv-00776-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |

  Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee nor submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

  Accordingly, IT IS HEREBY ORDERED that:

  Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **July 10, 2024**

                  UNITED STATES MAGISTRATE JUDGE