UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>          Defendant. | No. 1:24-cv-00776-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 8) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on September 3, 2024.

On July 10, 2024, the Court ordered Plaintiff to pay the $405.00 filing fee or submit an application to proceed in forma pauperis within forty-five days. (ECF No. 6.) Plaintiff failed to comply with the Court's order. Therefore, on September 3, 2024, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 8.)

On September 12, 2024, Plaintiff filed a response to the order to show and a motion to proceed in forma pauperis. (ECF Nos. 10, 11.) Inasmuch as Plaintiff has now submitted an application to proceed forma pauperis which was granted on September 13, 2024, the order to show cause issued on September 3, 2024, is DISCHARGED.

IT IS SO ORDERED.

Dated: **September 18, 2024**

                                            UNITED STATES MAGISTRATE JUDGE