UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>　　　　　Defendant. | No. 1:24-cv-00776-SAB (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF Nos. 15, 16)<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　The Court previously allowed Plaintiff to issue a subpoena to Corcoran State Prison in order to identify the Doe Defendants described in the operative complaint. (ECF No. 15, 16.) Plaintiff has now completed and returned the subpoena and USM-285 form. (ECF No. 17.)

　　　　Plaintiff states that the Doe Defendants are C-yard state prison visiting staff, who is also mail room staff officers on G-yard. (ECF No. 17 at 1.) On the form subpoena Plaintiff identifies "Corcoran State Prison C-yard visiting staff "2022-2024." (ECF No. 17.) Plaintiff identified the place of production as "visiting documents related to Gale Joseph Young BM2907 grievance Log #426859." (ECF No. 17.)

　　　　Plaintiff also checked the box directing inspection of premises and identified Corcoran C-yard visiting office "mailroom" as the place of inspection. (ECF No. 17 at 2.) While the Court allowed Plaintiff to request documents so that he may identify the Doe defendants, the Court did not allow Plaintiff to inspect any premises. In addition, it is not clear from the subpoena how, if at all, such an inspection is relevant to the claims proceeding in this case. Accordingly, there is

1 | not requirement to allow Plaintiff to inspect any premises.

2 |     The Court presumes that Plaintiff is seeking the assistance of the Litigation Coordinator at
3 | to provide documentation and/or to identity the Doe correctional officers in the visiting and
4 | mailroom area at Corcoran State Prison in 2022 to 2024, who allegedly denied Plaintiff all
5 | visitation privileges.  In addition, because Plaintiff did not provide a date and time for the
6 | response, the Court will provide a deadline of thirty days to respond after service.  The Litigation
7 | Coordinator at Corcoran State Prison is only required to produce documents that identify, or that
8 | may reasonable help Plaintiff identify, the Doe correctional officers involved in this action.

9 |     Accordingly, it is HEREBY ORDERED that:

10 |     1. The Litigation Coordinator at Corcoran State Prison has **thirty (30) days** from the date
11 | of service of the subpoena to respond to the subpoena.

12 |     2. The Litigation Coordinator at Corcoran State Prison is only required to produce
13 | documents that identify, or that may reasonable help Plaintiff identify, the correctional officer(s)
14 | in the visiting and mailroom area from 2022-2024.

15 |     3. Any response and/or responsive documents shall be produced to Plaintiff at his current
16 | address: **Gale Joseph Young, 2415214, Martinez County Jail, 901 Court Street, Martinez,**
17 | **CA 94553**.

18 |     4. The Clerk of Court shall forward the following documents to the United States
19 | Marshals Service:

20 |     a. One (1) completed and issued subpoena duces tecum;

21 |     b. One (1) completed USM-285 form; and

22 |     c. Two (2) copies of this order, one to accompany the subpoena and one for the United
23 | States Marshals Service.

24 |     5. The Clerk of Court is directed to attach a copy of the completed subpoena duces tecum
25 | to this order (ECF No. 17).

26 |     6. Within twenty (20) days from the date of this order, the United States Marshals Service
27 | SHALL effect personal service of the subpoena, along with a copy of this order, upon the
28 | Litigation Coordinator at Corcoran State Prison pursuant to Rule 45 of the Federal Rules of Civil

Procedure and 28 U.S.C. § 566(c).

7. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

8. Within ten (10) days after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:   **November 19, 2024**

STANLEY A. BOONE
United States Magistrate Judge