UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>　　　　　Defendant. | No. 1:24-cv-00776-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS ON THE DOE DEFENDANT<br><br>(ECF No. 18) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 29, 2024, the Court found that Plaintiff's first amended complaint stated a cognizable claim for improper denial of regular visitation privileges with his family while detained at Corcoran State Prison against the Doe Defendant(s). (ECF No. 16.)

　　　　The Court allowed Plaintiff to issue a subpoena to Corcoran State Prison in order to identify the Doe Defendants described in the operative complaint. (ECF No. 15, 16.) On November 15, 2024, Plaintiff completed and returned the subpoena and USM-285 form. (ECF No. 17.)

　　　　On November 19, 2024, the Court directed service of the subpoena by the United States Marshal on the Litigation Coordinator at Corcoran State Prison providing a thirty day response deadline. (ECF No. 18.)

　　　　To date, Plaintiff has not filed a motion to substitute the Doe Defendant(s) in this action or other communicated with the Court, and the case cannot proceed without proper identification and service of the Doe Defendant(s).

///

1

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed for failure to identify and service the Doe Defendant(s); and

2. Failure to comply with this order will result in a recommendation to dismiss the action, without prejudice, for failure to serve defendants pursuant to Federal Rule of Civil Procedure 4(m) and for failure to prosecute.

IT IS SO ORDERED.

Dated: __**January 22, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2