UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>        Defendant. | No. 1:24-cv-00776-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF FOURTEEN DAYS TO FILE MOTION FOR SUBSTITUTION OR OTHER RESPONSE AS TO STATUS OF SUBPOENA<br><br>(ECF No. 20) |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

      On October 29, 2024, the Court found that Plaintiff's first amended complaint stated a cognizable claim for improper denial of regular visitation privileges with his family while detained at Corcoran State Prison against the Doe Defendant(s). (ECF No. 16.)

      The Court allowed Plaintiff to issue a subpoena to Corcoran State Prison in order to identify the Doe Defendants described in the operative complaint. (ECF No. 15, 16.) On November 15, 2024, Plaintiff completed and returned the subpoena. (ECF No. 17.)

      On November 19, 2024, the Court directed service of the subpoena by the United States Marshal on the Litigation Coordinator at Corcoran State Prison providing a thirty day response deadline.[1] (ECF No. 18.) The Court directed that any response and/or responsive documents be produced to Plaintiff at his address of record. (Id. at 2.)

///

///

---

[1] On November 26, 2024, a proof of personal service of the subpoena was returned by the United States Marshal. (ECF No. 19.)

1

Because Plaintiff did not file a motion to substitute the Doe Defendant(s) or other response to the November 19, 2024 order, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to effectuate service of process on the Doe Defendant(s).  (ECF No. 20.)

Plaintiff filed a response to the order to show cause on February 5, 2025.  (ECF No. 21.)  Therein, Plaintiff submits that he has provided "all the information in his possession to assist the United States Marshal with obtaining Doe identification…."  (ECF No. 21. at 1.)  However, Plaintiff is advised that the Court ordered service of a subpoena duces tecum (AO 88B form) in order for Plaintiff to potentially obtain documentation and/or information helpful to identify the Doe Defendant(s) to then order service by the United States Marshal.  (ECF No. 16.)

Plaintiff is again advised that "before the Court orders the United States Marshal to serve a Doe Defendant, Plaintiff will be required to identify him or her with enough information to locate the Defendant for service of process." (ECF No. 16 at 1.) (citation omitted.)  Plaintiff has not indicated what information, if any, he received from the litigation coordinator in response to the subpoena and the Court has not received a response or opposition to the Court's November 19, 2024 order.  Accordingly, in the interest of justice, the Court will discharge the order to show cause and grant Plaintiff additional time to file a motion for substitution or response as to the status of the subpoena duces tecum served on the Litigation Coordinator.

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. The Court's order to show cause issued on January 22, 2025 (ECF No. 20) is DISCHARGED; and
2. Within **fourteen (14)** days from the date of service of this order, Plaintiff shall either file a motion to substitute the Doe Defendant(s) or response providing the status of the subpoena duces tecum served on the Litigation Coordinator;
3. The Clerk of Court is directed to serve a copy of this order on the Litigation Coordinator at Corcoran State Prison; and

///

4. Failure to comply with this order may result in a recommendation to dismiss the action, without prejudice.

IT IS SO ORDERED.

Dated: **February 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3