UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>　　　　　Defendants. | No.  1:24-cv-00776-SAB (PC)<br><br>ORDER REGARDING RESPONSE TO SUBPOENA<br><br>GRANTING PLAINTIFF TWENTY DAYS TO FILE MOTION TO SUBSTITUTE DOE DEFENDANT(S)<br><br>(ECF Nos, 18, 23, 25, 26, 27) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 29, 2024, the Court found that Plaintiff's first amended complaint stated a cognizable claim for improper denial of regular visitation privileges with his family while detained at Corcoran State Prison against the Doe Defendant(s). (ECF No. 16.)

　　　　The Court allowed Plaintiff to issue a subpoena to Corcoran State Prison in order to identify the Doe Defendants described in the operative complaint. (ECF No. 15, 16.)  On November 15, 2024, Plaintiff completed and returned the subpoena. (ECF No. 17.)

　　　　On November 19, 2024, the Court directed service of the subpoena by the United States Marshal on the Litigation Coordinator at Corcoran State Prison providing a thirty-day response deadline.[1] (ECF No. 18.)  The Court directed that any response and/or responsive documents be produced to Plaintiff at his address of record.  (Id. at 2.)

　　　　On February 28, 2025, Plaintiff informed the Court that he had not received any information from the litigation coordinator at Corcoran in response to the served subpoena.  (ECF

---

[1] On November 26, 2024, a proof of personal service of the subpoena was returned by the United States Marshal. (ECF No. 19.)

No. 23.)  Therefore, on March 7, 2025, the Court allowed the California Office of the Attorney General (OAG) to respond, by way of special appearance, to the status of Plaintiff's subpoena. (ECF No. 25.)

The OAG filed an initial response on March 21, 2025, and a supplemental response on April 4, 2025.  (ECF Nos. 26, 27.)  The OAG submits that after Corcoran received the subpoena (ECF No. 18), it did not have staff members dedicated solely to the Facility C visiting area, and assigned staff varied from month to month.  (ECF No. 26 at 1.)  In addition, Facility C was closed at different times between 2022 and 2024, and "[t]he only responsive documents located to date consist of Custody Sign-In sheets which were retrieved from storage and had to be reviewed to determine which documents identify staff working at the Facility C visiting area, and then redacted."  (Id. at 1-2.)  Defendants submit that the "redacted documents still identify the names of the staff members, the Facility involved, and the dates the staff worked there."  (Id. at 2.)  Lastly, Defendants submit that "[t]he redacted Custody Sign-In sheets from 2022-2024 were mailed to Plaintiff at the Martinez County Jail by the OAG on March 21, 2025. These documents were refused and returned to the OAG on April 2, 2025. The OAG then researched the issue and re-sent the documents to Plaintiff on April 4, 2025, in accord with Contra Costa County Sheriff instructions. A second copy was sent to Corcoran, as Plaintiff is expected to return there from the Martinez County Jail."  (ECF No. 27 at 2.)

Based on the OAG's response, it is clear that Plaintiff has now received documents responsive to his subpoena request, and within **twenty (20) days** from the date of service of this order Plaintiff shall file a motion to substitute the Doe Defendant(s).

IT IS SO ORDERED.

Dated:   **April 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge