UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>Defendants. | No.  1:24-cv-00776-KES-SAB (PC)<br><br>ORDER DIRECTING CALIFORNIA OFFICE OF ATTORNEY GENERAL TO RESPOND, BY WAY OF SPECIAL APPEARANCE, TO PLAINTIFF'S MOST RECENT FILING RELATING TO THE SUBPOENA RESPONSE<br><br>(ECF No. 32) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 29, 2024, the Court found that Plaintiff's first amended complaint stated a cognizable claim for improper denial of regular visitation privileges with his family while detained at Corcoran State Prison against the Doe Defendant(s). (ECF No. 16.)

The Court allowed Plaintiff to issue a subpoena to Corcoran State Prison in order to identify the Doe Defendants described in the operative complaint. (ECF No. 15, 16.)  On November 15, 2024, Plaintiff completed and returned the subpoena. (ECF No. 17.)

On November 19, 2024, the Court directed service of the subpoena by the United States Marshal on the Litigation Coordinator at Corcoran State Prison providing a thirty-day response deadline.[1] (ECF No. 18.)  The Court directed that any response and/or responsive documents be produced to Plaintiff at his address of record.  (Id. at 2.)

On February 28, 2025, Plaintiff informed the Court that he has not received any information from the litigation coordinator at Corcoran in response to the served subpoena.  (ECF

---

[1] On November 26, 2024, a proof of personal service of the subpoena was returned by the United States Marshal. (ECF No. 19.)

1

1    No. 23.)

2         On the form subpoena, Plaintiff directed the subpoena to Corcoran State Prison C-yard

3    visiting staff "C-yard mail room" and requested "visiting documents related to Gale Joseph

4    Young BM 2907 grievance log #426859. (ECF No. 18.) Thus, Plaintiff's subpoena seeks

5    responsive documents that reveal the names of the staff working in the visiting center in 2022-

6    2024 at Corcoran State Prison C-yard. These documents are relevant and proportional to

7    Plaintiffs claims in this case. Fed. R. Civ. P. 26(b)(1); Fed. R. Civ. P. 45(d)(1) advisory

8    committee's note to 1970 amendment ("[T]he scope of discovery through a subpoena is the same

9    as that applicable to Rule 34 and other discovery rules.").

10         On March 7, 2025, the Court allowed the California Office of the Attorney General

11   (OAG), by way of special appearance, to address Plaintiff's contention that he never received any

12   documents. (ECF No. 25.)

13         On March 21, 2025 and April 4, 2025, the OAG filed responses. (ECF Nos. 26, 27.)

14         Based on the OAG's response that Plaintiff had received documents responsive to his

15   subpoena request, the Court ordered Plaintiff to file a motion to substitute the Doe Defendant(s)

16   within twenty days of April 18, 2025. (ECF No. 28.)

17         On April 28, 2025, Plaintiff filed a response addressing the filing of a motion to substitute.

18   (ECF No. 29.) Therein, Plaintiff contends that he "has yet to receive anything other than the

19   friv[olous] claim that documents were in storage because Corcoran facility-C was closed at

20   different time[s] 2022-2024; redacted sign-in-sheets will do nothing to help identify Doe that

21   information is on state department computer." (ECF No. 32 at 3.) Plaintiff submits that he

22   "grieved this matter and the grievance and plaintiff inmate C-file is all that is needed to identify

23   Doe." (Id. at 2-3.)

24         In light of Plaintiff's contentions, the Court finds a further response by the OAG necessary

25   in order to adequately resolve this issue. Accordingly, it is HEREBY ORDERED that:

26         1.    The Clerk of Court is directed to serve a copy of Plaintiff's response to the status

27               of the subpoena (ECF No. 32) on the OAG, Supervising Deputy Attorney General,

28               Lawrence Bragg; and

2

2.    Mr. Bragg shall file a response addressing Plaintiff's regarding response to subpoena (ECF No. 32) on or before **May 9, 2025**.

IT IS SO ORDERED.

Dated:   **May 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3