UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>　　　　　Defendants. | No. 1:24-cv-00776-KES-SAB (PC)<br><br>ORDER DIRECTING THE OAG TO FILE A NOTICE THAT THE RESPONSIVE DOCUMENTS WERE RE-SENT AND RECEIVED BY PLAINTIFF AT HIS CURRENT ADDRESS OF RECORD<br><br>(ECF Nos. 32, 33, 34) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 29, 2024, the Court found that Plaintiff's first amended complaint stated a cognizable claim for improper denial of regular visitation privileges with his family while detained at Corcoran State Prison against the Doe Defendant(s). (ECF No. 16.)

　　　　The Court allowed Plaintiff to issue a subpoena to Corcoran State Prison in order to identify the Doe Defendants described in the operative complaint. (ECF No. 15, 16.)  On November 15, 2024, Plaintiff completed and returned the subpoena. (ECF No. 17.)

　　　　On November 19, 2024, the Court directed service of the subpoena by the United States Marshal on the Litigation Coordinator at Corcoran State Prison providing a thirty-day response deadline.[1] (ECF No. 18.)  The Court directed that any response and/or responsive documents be produced to Plaintiff at his address of record.  (Id. at 2.)

　　　　On February 28, 2025, Plaintiff informed the Court that he has not received any information from the litigation coordinator at Corcoran in response to the served subpoena.  (ECF

---

[1] On November 26, 2024, a proof of personal service of the subpoena was returned by the United States Marshal. (ECF No. 19.)

1

1  No. 23.)

2  On the form subpoena, Plaintiff directed the subpoena to Corcoran State Prison C-yard
3  visiting staff "C-yard mail room" and requested "visiting documents related to Gale Joseph
4  Young BM 2907 grievance log #426859. (ECF No. 18.) Thus, Plaintiff's subpoena seeks
5  responsive documents that reveal the names of the staff working in the visiting center in 2022-
6  2024 at Corcoran State Prison C-yard. These documents are relevant and proportional to
7  Plaintiffs claims in this case. Fed. R. Civ. P. 26(b)(1); Fed. R. Civ. P. 45(d)(1) advisory
8  committee's note to 1970 amendment ("[T]he scope of discovery through a subpoena is the same
9  as that applicable to Rule 34 and other discovery rules.").

10  On March 7, 2025, the Court allowed the California Office of the Attorney General
11  (OAG), by way of special appearance, to address Plaintiff's contention that he never received any
12  documents. (ECF No. 25.)

13  On March 21, 2025 and April 4, 2025, the OAG filed responses. (ECF Nos. 26, 27.)

14  Based on the OAG's response that Plaintiff had received documents responsive to his
15  subpoena request, the Court ordered Plaintiff to file a motion to substitute the Doe Defendant(s)
16  within twenty days of April 18, 2025. (ECF No. 28.)

17  On April 28, 2025, Plaintiff filed a response addressing the filing of a motion to substitute.
18  (ECF No. 29.) Therein, Plaintiff contends that he "has yet to receive anything other than the
19  friv[olous] claim that documents were in storage because Corcoran facility-C was closed at
20  different time[s] 2022-2024; redacted sign-in-sheets will do nothing to help identify Doe that
21  information is on state department computer." (ECF No. 32 at 3.) Plaintiff submits that he
22  "grieved this matter and the grievance and plaintiff inmate C-file is all that is needed to identify
23  Doe." (Id. at 2-3.)

24  In light of Plaintiff's contentions, the Court ordered a further response by the OAG
25  necessary in order to adequately resolve this issue. (ECF No. 33.)

26  On May 9, 2025, the OAG filed a response. (ECF No. 34.) Therein, the OAG states:
   Plaintiff's subpoena requested "Visiting Documents Related to Gale Joseph Young
27  BM2907 Grievance Log No. 426859." (ECF No. 18.) California State Prison-Corcoran
28  (Corcoran) initially understood the subpoena to call for documentation concerning not

being permitted to access the visiting area and responded accordingly. In light of Plaintiff's clarification that he seeks information concerning the staff members who denied Plaintiff's visiting request form(s), Corcoran has conducted a further inquiry and has identified that person as Correctional Officer C. Patino. Documentation concerning the denials of visiting requests forms was provided to Plaintiff on May 7, 2025 as a supplemental response to the subpoena.

The OAG acknowledges that the previous productions of documents to Plaintiff both at the Martinez Detention Facility and to Corcoran have been returned. They will be re-sent to the same address utilized by the Court in its ECF Notices.

(ECF No. 34 at 1-2.)

Based on the OAG's response that Plaintiff has not yet received the documents as they will be re-sent to Plaintiff's most current address of record, it is HEREBY ORDERED that:

Within five (5) business days from the date of service of this order, the OAG shall file notice that the responsive documents have been re-sent and received by Plaintiff at his current address of record. Thereafter, the Court will allow Plaintiff thirty days to file a motion to substitute the Doe Defendant.

IT IS SO ORDERED.

Dated: **May 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3