UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CORCORAN STATE PRISON VISITING STAFF,<br><br>Defendants. | No. 1:24-cv-00776-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 29, 31) |

Plaintiff Gale J. Young is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2025, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment be denied. Doc. 31. The findings and recommendations contained notice that any objections thereto were due within fourteen days. *Id*. at 3. No objections have been filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

///

1

Accordingly,

1. The findings and recommendations issued on April 15, 2025, Doc. 31, are ADOPTED in full; and

2. Plaintiff's motion for summary judgment filed on April 11, 2025, Doc. 29, is DENIED.

IT IS SO ORDERED.

Dated:   May 13, 2025

UNITED STATES DISTRICT JUDGE

2