**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GALE J. YOUNG, | No. 1:24-cv-00776 KES SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS PREMATURE AND DENYING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME AS MOOT |
| v. | |
| C. PATINO, | |
| Defendant. | |
| | Docs. 57, 61, 62 |

Gale Young is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983, seeking to hold officer Christina Patino liable for the denial of visitation privileges. *See* Docs. 15, 40. Plaintiff filed a motion for summary judgment on February 17, 2026. Doc. 57. Defendant moved for a 150-day extension to oppose the motion, to correlate to the dispositive motion deadline. Doc. 61.

On March 10, 2026, the assigned magistrate judge issued findings and recommendations, recommending that the motion for summary judgment be denied without prejudice as premature and that the motion for an extension of time be denied as moot. Doc. 62. The Court served the findings and recommendations on the parties and included a notice that any objections were due within 14 days. *Id*. at 3. The Court also advised the parties that the failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). No objections were filed and the time to do so expired.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court **ORDERS**:

1. The findings and recommendations issued on March 10, 2026 (Doc. 62) are **ADOPTED** in full.

2. Plaintiff's motion for summary judgment (Doc. 57) is **DENIED** without prejudice, as premature.

3. Defendant's motion for an extension of time to file an opposition (Doc. 61) is denied as **MOOT**.

IT IS SO ORDERED.

Dated:    April 3, 2026

_____
UNITED STATES DISTRICT JUDGE