UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>C. PATINO,<br><br>Defendant. | No. 1:24-cv-00776-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO FILE A DISPOSITIVE MOTION<br><br>(ECF No. 66) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the deadline to file a dispositive motion, filed October 2, 2026.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to **November 4, 2026**.

IT IS SO ORDERED.

Dated: **October 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge